PROB 12C
(7/93)

United States District Court
for
District of New Jersey
Petition for Warrant or Summons for Offender Under Supervision

RECEIVED
WILLIAM T. WALSH, CLERK

2005 MAR 24 PM 5:00

UNITED STATES
DISTRICT COURT

Name of Offender: Walter Bradford

Name of Sentencing Judicial Officer: John C. Lifland

Date of Original Sentence: 02/15/00

Original Offense: Possession with Intent to Distribute Heroin

Original Sentence: 30 Months Imprisonment; 4 years TSR

Type of Supervision: Supervised Release         Date Supervision Commenced: 07/31/01

Assistant U.S. Attorney: Chris Gramiccioni         Defense Attorney: Esther Salas

## PETITIONING THE COURT

[x] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'

   The supervised releasee failed to report as directed on the following dates: January 11, 2005, January 18, 2005, February 1, 2005 and thereafter.

2. The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

   a.) The offender reverted to drug use as evidenced by a urine specimen submitted on December 13, 2004, which tested positive for cocaine abuse.

   b) On September 10, 2004, the offender was referred for outpatient drug treatment at the Jersey City Medical Center Substance Abuse Clinic. The offender failed to keep treatment appointments at that facility on January 3, 2005, January 11, 2005, January 18, 2005 and thereafter.

Respectfully submitted,

By: Norma de Armas
Senior U.S. Probation Officer
Date: March 21, 2005

THE COURT ORDERS:

[x] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other _____

Signature of Judicial Officer

AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____

UNITED STATES OF AMERICA

V.

WALTER BRADFORD

**WARRANT FOR ARREST**

Case Number: CR 99-202-02

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ **WALTER BRADFORD** _____
<br>Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   **X** Probation Violation Petition

charging him or her     (brief description of offense)

SEE ATTACHED PETITION

in violation of _____ United States Code, Section(s) _____

John G. Basilone
Name of Issuing Officer

[Signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

3/24/05   NEWARK NJ
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442   (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____

_____